JEFF A. BIDDLE, SBA #024241
RYAN S. HARDY, SBA #027307
**BIDDLE LAW FIRM, PLLC**
6642 East Baseline Road, Suite 102
Mesa, Arizona 85206
_____
Ph: (480) 840-3138
Fax: (480) 760-2335
Email: jeff@biddlefamilylaw.com
Email: ryan@biddlefamilylaw.com
_____

Substituting Attorneys for Debtors

**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

The party obtaining this order is responsible for noticing it pursuant to Local Rule 9022-1.

**Dated: October 12, 2010**

_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**
_____

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 |
| RUSSELL and DORIS HOCKING, | Case No. 2:09-bk-30665-RJH |
| Debtors. | |

## ORDER SUBSTITUTING ATTORNEY

The Court, having received and reviewed Debtor's Motion for Substitution of Counsel and good cause appearing hereby releases Nasser Abujbarah, Esq. as attorney of record in this case and, in his stead, orders that Jeff A. Biddle, Esq. of Biddle Law Firm, PLLC shall be attorney of record. All future pleadings regarding this matter shall be addressed to Mr. Biddle at the following address:

Jeff Biddle, Esq.
Biddle Law Firm, PLLC
6642 East Baseline Road, Suite 102
Mesa, Arizona 85206

**DATED AND SIGNED ABOVE**